# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| BARBARA LOUIS | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| NANCY A. BERRYHILL | : | NO. 18-1191 |

## ORDER

**NOW**, this 7th day of May, 2019, upon consideration of the Brief in Support of Plaintiff's Request for Review (Document No. 14), the defendant's response, the Plaintiff's Reply Brief, the Report and Recommendation of United States Magistrate Judge Carol Sandra Moore Wells (Document No. 18), the Plaintiff's Objections to the Report and Recommendation (Document No. 19), and the Defendant's Response to Plaintiff's Objections, and after a thorough and independent review of the record, it is **ORDERED** as follows:

1. The Plaintiff's Objections to the Report and Recommendation are **OVERRULED**;

2. The Report and Recommendation is **APPROVED** and **ADOPTED**; and

3. The plaintiff's request for review is **DENIED**.

/s/ Timothy J. Savage, J.